# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL CHARTOCK and TIKICO, LLC, | : <br> : <br> : CIVIL ACTION <br> Plaintiffs, : <br> : <br> v. : <br> : NO. 14-2327 <br> AMTRAK, et al., : <br> : <br> Defendants. : |

## ORDER

**AND NOW**, this *21st* day of *September*, 2015, upon consideration of the Motion for Summary Judgment by Defendant National Railroad Passenger Corporation (Docket No. 15), the Response in Opposition by Plaintiffs Mitchell Chartock and Tikico, LLC (collectively, "Plaintiffs") (Docket No. 16), and Defendant's Reply (Docket No. 19), it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** for Defendant against all Plaintiffs, on the entirety of the Complaint. **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.