IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MITCHELL CHARTOCK and | : | |
| TIKICO, LLC, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-2327 |
| AMTRAK, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *20th* day of *October*, 2015, upon consideration of the Motion for Reconsideration by Plaintiffs Mitchell Chartock and Tikico, LLC (collectively, "Plaintiffs") (Docket No. 29), and the Response in Opposition by Defendant National Railroad Passenger Corporation ("Defendant") (Docket No. 30), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.